CANE CITY BUILDERS, INC., A HAWAII CORPORATION,
ALFRED M. CAMBRA AND DONNA CAMBRA *v.*
CITY BANK OF HONOLULU, A NATIONAL BANKING
INSTITUTION AND RICHARD S. TORIKI.

No. 4674.

September 16, 1968.

RICHARDSON, C.J., MARUMOTO,
ABE AND LEVINSON, JJ.
(MIZUHA, J., RETIRED JUNE 27, 1968)

*Per Curiam.* The petition for rehearing is denied without argument.

*Hiroshi Sakai* and *Robert S. Toyofuku* for the petition.